| | |
|---|---|
| RUTH DAVIS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAKS & COMPANY LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:18-cv-18-03445 PA (JCx)<br><br>**ORDER RE: STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed:　April 25, 2018<br>FAC filed:　　　May 2, 2018<br>Trial:　　　　　March 19, 2019 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ORDER RE: STIPULATED PROTECTIVE ORDER

50634110v.1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Having consider the Stipulated Protective Order, and finding that good cause exists, the parties to this action are hereby ORDERED to obey the provisions of the attached Stipulated Protective Order subject to any Orders of the assigned United States District Judge (*e.g.*, District Judge's Standing Order [Docket No. 8], Paragraph 9 [governing Under Seal Filings]).

**IT IS SO ORDERED**.

Dated: October 23, 2018

/s/
Hon. Jacqueline Chooljian
United States Magistrate Judge