1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RUTH DAVIS, an individual, | Case No. 2:18-cv-18-03445 PA (JCx) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONDUCT INDEPENDENT MEDICAL EXAMINATION OF PLAINTIFF, PURSUANT TO FED. R. CIV. PROC. 35, AFTER THE EXPERT DISCLOSURE DEADLINE AND BEFORE THE DISCOVERY CUTOFF** |
| v. | |
| SAKS & COMPANY LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive, | |
| Defendant. | |
|  | Complaint filed:   April 25, 2018<br>FAC filed:   May 2, 2018<br>Expert Disclosure:   Nov. 12, 2018<br>Discovery Cutoff:   January 7, 2019<br>Trial:   March 19, 2019 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Having considered the Joint Stipulation to Conduct Independent Medical Examination of Plaintiff, Pursuant to Rule 35, and finding that good cause exists, the Court hereby approves the Joint Stipulation. Pursuant to Fed. R. Civ. Proc. 35, Defendant Saks & Company LLC may complete the independent medical examination of Plaintiff Ruth Davis and produce the corresponding report on or before the discovery cutoff on January 7, 2019.

**IT IS SO ORDERED**.

Dated: November 1, 2018

_____
Percy Anderson
United States District Court Judge