JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUTH DAVIS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAKS & COMPANY LLC,<br>a Delaware Limited Liability<br>Company; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No: CV18-3445 PA (JCx)<br><br><br>**ORDER DISMISSING ACTION**<br><br><br>Hon. Percy Anderson<br>United States District Judge |

This Court, having read and considered the "Stipulation of Dismissal" entered into between Plaintiff Ruth Davis and Defendant Saks & Company LLC, and finding good cause therefor, hereby orders that this action shall be dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

**Dated this** __28th__ **day of the month of** __December 28,__ **2018.**

_____
**THE HONORABLE PERCY ANDERSON**
**UNITED STATES DISTRICT JUDGE**